UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| SHERIDAN ARLAND LANE, II, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 4:19-CV-1904 SPM |
| | ) |
| BRENDA SHORT, et al., | ) |
| | ) |
| Defendants. | ) |

## MEMORANDUM AND ORDER

This matter is before the Court upon review of the file. Plaintiff Sheridan Arland Lane, II commenced this civil action on July 8, 2019, by filing a complaint under 42 U.S.C. § 1983 against eight defendants. On November 6, 2019, the Court granted plaintiff *in forma pauperis* status and directed him to file an amended complaint on the Court-provided form within thirty (30) days. ECF No. 8. The Court cautioned plaintiff that his failure to timely comply with the order could result in the dismissal of his case. Plaintiff's response was due by December 6, 2019.

To date, plaintiff has neither responded to the Court's order, nor sought additional time to do so. Plaintiff was given meaningful notice of what was expected, he was cautioned that his case would be dismissed if he failed to timely comply, and he was given ample time to comply. The Court will therefore dismiss this action, without prejudice, due to plaintiff's failure to comply with the Court's November 6, 2019, order and his failure to prosecute his case. *See* Fed. R. Civ. P. 41(b); *see also Link v. Wabash R.R. Co.*, 370 U.S. 626, 630-31 (1962) (the authority of a court to dismiss *sua sponte* for lack of prosecution is inherent power governed "by the control necessarily vested in courts to manage their own affairs so as to achieve the orderly and expeditious disposition

of cases"); *Brown v. Frey*, 806 F.2d 801, 803 (8th Cir. 1986) (a district court has the power to dismiss an action for the plaintiff's failure to comply with any court order).

Accordingly,

**IT IS HEREBY ORDERED** that this case is **DISMISSED** without prejudice. A separate order of dismissal will be entered herewith.

**IT IS HEREBY CERTIFIED** that an appeal from this dismissal would not be taken in good faith.

Dated this 30th day of December, 2019.

                                              SLR.CR

                                              _____
                                              STEPHEN R. CLARK
                                              UNITED STATES DISTRICT JUDGE